B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**VP Builders Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-3213269** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2470 Plainfield Avenue<br>Scotch Plains, NJ**<br>ZIP Code **07076** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Union** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

## Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

### Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

### Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                            Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **VP Builders Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>     Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
| --- | --- |
| | **VP Builders Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Ben Becker**
Signature of Attorney for Debtor(s)

**Ben Becker 6377**
Printed Name of Attorney for Debtor(s)

**Becker Meisel LLC**
Firm Name

**354 Eisenhower Parkway, Plaza II
Suite 1500
Livingston, NJ 07039**

Address

**973-422-1100  Fax: 973-422-9122**
Telephone Number

**June  3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kevin Prus**
Signature of Authorized Individual

**Kevin Prus**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June  3, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **VP Builders Inc.**
,
Debtor

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 964,924.24 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 524,325.26 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,909,218.07 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 964,924.24 | | |
| Total Liabilities | | | | 2,433,543.33 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of New Jersey

In re    **VP Builders Inc.**                                                                    ,          Case No. _____

                                                              Debtor
                                                                                        Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **VP Builders Inc.**                                         ,      Case No. _____
                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **VP Builders Inc.**                                                                    ,          Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Peapack-Gladstone Bank P.O. Box 178 Gladstone, NJ 07934 Checking Account** | - | 1,328.65 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **2470 Plainfield Avenue LLC 109 Juniper Ridge Road Westwood, MA02090** | - | 23,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **24,328.65**
(Total of this page)

___4___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **VP Builders Inc.**                           ,        Case No. _____
                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | ACC Construction Corp. 6 East 32nd Street 7th Floor New York, NY 10016 | - | 357,486.66 |
| | | Cross Construction 846 7th Avenue 3rd Floor New York, NY 10019-5221 | - | 34,835.00 |
| | | F.J. Sciame Construction Inc. 14 Wall Street New York, NY 10005-2101 | - | 134,160.00 |
| | | Gilbane 3150 US 1 Suite 300 LawrenceTwp., NJ 08648-2420 | - | 68,894.50 |
| | | Hunter Roberts Interiors 102 Madison Avenue New York, NY 10016-7417 | - | 16,379.00 |
| | | Lehr Construction Corp. 902 Broadway 6th Floor New York, NY 10010 | - | 54,522.00 |

                                                  Sub-Total >        **666,277.16**
                                       (Total of this page)

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **VP Builders Inc.**                                                    ,    Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **R.P. Brennan General Contractors**<br>**161 Avenue of Americas**<br>**New York, NY 10013** | - | 193,871.43 |
| | | **Ram Construction & Development Corp.**<br>**420 Lexington Avenue**<br>**New York, NY 10170-0012** | - | 2,420.00 |
| | | **The Trump Organization**<br>**725 5th Avenue**<br>**New York, NY 10023** | - | 14,762.00 |
| | | **J.T. Magen & Company Inc.**<br>**44 West 28th Street**<br>**11th Floor**<br>**New York, NY 10001** | - | 32,640.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >            243,693.43
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **VP Builders Inc.**                                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Ford E 350**<br>**139,174 miles- bad condition (motor and body)** | - | 1,750.00 |
| | | **2008 Ford E350**<br>**54,334 miles; financed** | - | 0.00 |
| | | **2006 Ford E250**<br>**76,780 miles - good condition** | - | 5,300.00 |
| | | **2004 Cadillac Escalade**<br>**124,000 miles- rough condition** | - | 10,400.00 |
| | | **1999 Ford Expedition**<br>**180,781 miles; bad condition (engine)** | - | 1,850.00 |
| | | **1994 GMC W4S**<br>**220,239 miles - bad condition (motor and body)** | - | Unknown |
| | | **1994 Ford E35**<br>**141,808 miles- bad condition (motor and body)** | - | 875.00 |
| | | **1997 Ford Eco Van**<br>**212,641 miles- diabled (blown engine)** | - | 0.00 |
| | | **2007 Mercury Mariner**<br>**37,574 miles; good condition** | - | 10,450.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Altendorf 07-08-014 Slider Table Saw** | - | Unknown |
| | | **Grizzly Drill Press #2007-65** | - | Unknown |
| | | **Boring Machine- 2002 Omal 6882** | - | Unknown |

Sub-Total >     **30,625.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **VP Builders Inc.**                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Overhead Router- OMW E205 SN-20201 | - | Unknown |
| | | Woodworking Sharper-Sac-T/20- 2005 | - | Unknown |
| | | 2003 Edge Bander Brandt | - | Unknown |
| | | Pinch Roller | - | Unknown |
| | | Sliding Table Saw- 2800 Altendorf F45- 94-08-98 | - | Unknown |
| | | 2005 SAC 553 Planer | - | Unknown |
| | | SAC F430 Jointer | - | Unknown |
| | | Aldendorft F92T Sliding Table Saw | - | Unknown |
| | | Fork Lift | - | Unknown |
| | | Hand Lift | - | Unknown |
| | | Compression and Dryer | - | Unknown |
| | | Miscellaneous tools/ hand tools | - | Unknown |
| | | 2005 Butfering-Optimat 111L Sander | - | Unknown |
| | | 2005 SAC T120 Sharper with Steff Model #2044/Maggi SN 3606284 | - | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Total >        **964,924.24**

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **VP Builders Inc.**
_____,  Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3636**<br><br>**Peapack Gladstone Bank**<br>**PO Box 178**<br>**Gladstone, NJ 07934** | X | - | **Line of Credit**<br><br><br>Value $     **Unknown** | | | | **478,094.98** | **Unknown** |
| Account No. **xxx4785**<br><br>**Peapack-Gladstone Bank**<br>**P.O. Box 178**<br>**Gladstone, NJ 07934** | X | - | **3/14/08**<br><br>**Loan to Refinance and Purchase Equipment**<br><br>Value $     **Unknown** | | | | **46,230.28** | **Unknown** |
| Account No. **xxxxxx3-001**<br><br>**Stearns Bank, N.A.**<br>**500 13th Street**<br>**P.O. Box 750**<br>**Albany, MN 56307** | | - | **Lease**<br><br>**S-53 SAC 20" Planer**<br>**F-430 SAC 16" Jointer**<br><br>Value $     **0.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxxx3-002**<br><br>**Stearns Bank, N.A.**<br>**500 13th Street**<br>**P.O. Box 750**<br>**Albany, MN 56307** | | - | **3/6/2006**<br><br>**Lease**<br><br>**Used SAC T120 Shaper w/any and all attachments thereto**<br><br>Value $     **0.00** | | | | **0.00** | **0.00** |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **524,325.26** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **524,325.26** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re **VP Builders Inc.**                                                                                          Case No. _____
                                                                    ,
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **VP Builders Inc.**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ACC Construction 6 East 32nd Street 7th Floor New York, NY 10016** | - | | | | Credit Back Charges for Services Not Rendered | | | | 344,560.21 |
| Account No. **All Star Demolition Corp. 60-13 56 Street Maspeth, NY 11378** | - | | | | | | | | 4,190.00 |
| Account No. xxxx-xxxxxx-x1005 **American Express P.O. Box 1270 Newark, NJ 07101-1270** | - | | | | Revolving Credit Card | | | | 138,516.73 |
| Account No. xxxx-xxxxxx-x4007 **American Express P.O. Box 1270 Newark, NJ 07101-1270** | - | | | | For Informational Purposes Only | | | | 0.00 |

__16__   continuation sheets attached

Subtotal
(Total of this page)

487,266.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **VP Builders Inc.**                                                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Architectural Grille** <br>**42 Second Avenue** <br>**Brooklyn, NY 11215** | - | | | | | | 2,219.00 |
| Account No. **xxx2590** <br><br>**Associated Credit Services, Inc.** <br>**105B South Street** <br>**P.O. Box 9100** <br>**Hopkinton, MA 01748-9100** | - | | For Informational Purposes Only- Credit Agency for Poland Spring/Perrier Group | | | | 576.40 |
| Account No. **xx8745** <br><br>**Atlantic Plywood Corporation** <br>**P.O. Box 83291** <br>**Woburn, MA 01801** | - | | Material/Supplies | | | | 62,736.12 |
| Account No. <br><br>**Barnett Tool Supply Co.** <br>**745 Bouelvard** <br>**Kenilworth, NJ 07033** | - | | Material/Supplies | | | | 224.70 |
| Account No. <br><br>**BKT Sons, Inc.** <br>**210 West Parkway** <br>**Unit #3** <br>**Pompton Plains, NJ 07444** | - | | | | | | 2,843.30 |

Sheet no. __1__ of __16__ sheets attached to Schedule of                              Subtotal                             68,599.52
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **VP Builders Inc.**                                                                              ,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Building Contractors Association N.Y.**<br>**451 Park Avenue SOuth**<br>**4th Floor**<br>**New York, NY 10016** | - | | | | | | **3,000.00** |
| Account No.<br><br>**Bush Bros Trucking**<br>**P.O. Box 4**<br>**Garwood, NJ 07027** | - | | | | | | **4,000.00** |
| Account No.<br><br>**Canon Financial Services Inc.**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | | | | **505.54** |
| Account No.<br><br>**Central Forklift**<br>**415 Bell Street**<br>**Piscataway, NJ 08854** | - | | | | | | **1,759.14** |
| Account No.<br><br>**Centre-Wood Paneling Co.**<br>**P.O. Box 49**<br>**65-55 Traffic Street**<br>**Ridgewood, NY 11385** | - | | | | | | **15,634.48** |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **24,899.16**

B6F (Official Form 6F) (12/07) - Cont.

In re   **VP Builders Inc.**                                                              ,       Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Comcast P.O. Box 69 Newark, NJ 07101-0069 | | - | | | | | 128.43 |
| Account No. | | | | | | | |
| Compax Timberline P.O. Box 931717 Atlanta, GA 31193 | | - | | | | | 231.80 |
| Account No. | | | | | | | |
| Darf Manufacturing 5 Mathews Avenue Riverdale, NJ 07457 | | - | | | | | 2,023.49 |
| Account No. **VPBSP** | | | Material/Supplies | | | | |
| Decore-Ative Specialties P.O. Box 541071 Los Angeles, CA 90054-1071 | | - | | | | | 7,806.58 |
| Account No. | | | | | | | |
| Deer Park P.O. Box 856192 Louisville, KY 40285-6192 | | - | | | | | 456.22 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,646.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **VP Builders Inc.**                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Du-Well** **1360 Garrison Avenue** **Bronx, NY 10474** | | - | | | | | | 1,007.49 |
| Account No. | | | | | | | | |
| **Enkleboll Designs** **16506 Avalon Blvd.** **Carson, CA 90746** | | - | | | | | | 6,511.46 |
| Account No. | | | | | | | | |
| **F.W. Honerkamp Co., Inc.** **500 Oakpoint Avenue** **Bronx, NY 10474** | | - | | | | | | 17,440.67 |
| Account No. | | | | | | | | |
| **Fed Ex** **P.O. Box 371461** **Pittsburgh, PA 15250-7461** | | - | | | | | | 52.07 |
| Account No. **x0357** | | | | Material/Supplies | | | | |
| **Fessenden Hall Incorporated** **1050 Sherman Avenue** **Pennsauken, NJ 08110** | | - | | | | | | 11,969.40 |

Sheet no. __4___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,981.09

B6F (Official Form 6F) (12/07) - Cont.

In re   **VP Builders Inc.**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Fleet Services** P.O. Box 6293 Carol Stream, IL 60197-6293 | - | | | | | | 5,418.82 |
| Account No. | | | | | | | |
| **Hafele America Co.** P.O. Box 75352 Charlotte, NC 28275 | - | | | | | | 2,134.71 |
| Account No. | | | For Information Purposes Only- Attorney for New Century Distributors Group, LLC | | | | |
| **Henry Chudzik, Jr., Esq.** **Williamsburg Comons** 3-G Auer Court East Brunswick, NJ 08816 | - | | | | | | 5,901.08 |
| Account No. | | | | | | | |
| **Huston Lumber & Supply Co.** P.O. Box 7367 Watchung, NJ 07069 | - | | | | | | 6,666.93 |
| Account No. | | | Subcontractor | | | | |
| **ieDynamics** 39 Cliffwood Drive Allentown, NJ 08501 | - | | | | | | 2,280.00 |

| | | |
|---|---|---|
| Sheet no. __5__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 22,401.54 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **VP Builders Inc.**                                                      ,         Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Material and Supplies | | | | |
| **Industrial Finishing Products, Inc.** **465 Logan Street** **Brooklyn, NY 11208** | - | | | | | | | 7,479.60 |
| Account No. | | | | For Informational Purposes Only | | | | |
| **Jason Friedman** **NJ Regional Council of Carpenters** **Raritan Plaza, II** **91 Fieldcrest Avenue** **Edison, NJ 08837** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **JMC Store Fixtures Corp.** **1416 Chestnut Avenue** **Hillside, NJ 07205** | - | | | | | | | 6,268.00 |
| Account No. | | | | For Informational Purposes Only | | | | |
| **John F. O'Hare, Asst Managing Director** **Building Contractors Association, Inc.** **451 Park Avenue South-4th Floor** **New York, NY 10016** | - | | | | | | | 0.00 |
| Account No. | | | | Officer Loans 1/30/09- $50,000 2/28/09- $150,000 3/19/09- $60,000 | | | | |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** | - | | | | | | | 260,000.00 |

Sheet no. __6___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

273,747.60

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **VP Builders Inc.** _____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lamin-Art**<br>**LBX 619724**<br>**P.O. Box 6197**<br>**Chicago, IL 60680-6197** | - | | | | | | 8,914.84 |
| Account No. **xx 7239**<br><br>**Levy Davis & Maher, LLP**<br>**29 Broadway, Ninth Floor**<br>**New York, NY 10006-3101** | - | | **For Informational Purposes Only- Attorneys for NYI Building Products, Inc.** | | | | 0.00 |
| Account No.<br><br>**Lewis Lumber Products**<br>**30 South Main Street**<br>**Picture Rocks, PA 17762-0356** | - | | | | | | 7,522.79 |
| Account No.<br><br>**Luso Glass**<br>**58-76 Stockton Street**<br>**Newark, NJ 07105** | - | | | | | | 1,806.55 |
| Account No.<br><br>**Marjam Supply Comany**<br>**885 Conklin Street**<br>**Farmingdale, NY 11735** | - | | | | | | 10,413.75 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          28,657.93

B6F (Official Form 6F) (12/07) - Cont.

In re **VP Builders Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Metropolitan Staple Co. 11 Brown Avenue Springfield, NJ 07081** | - | | | | | | 1,182.08 |
| Account No. | | | | | | | |
| **Mockett P.O. Box 3333 Manhattan Beach, CA 90266** | - | | | | | | 66.91 |
| Account No. | | | | | | | |
| **Mohawk Finishing Products P.O. Box 2200 Hickory, NC 28603-0220** | - | | | | | | 2,457.44 |
| Account No. | | | Fines | | | | |
| **N.Y.C. Department of Finance Parking Violations P.O. Box 2127 New York, NY 10272-2127** | - | | | | | | 10,215.03 |
| Account No. | | | | | | | |
| **Nature's Beauty Marble & Granite 2476 Plainfield Avenue Scotch Plains, NJ 07076** | - | | | | | | 4,150.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    18,071.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **VP Builders Inc.**                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **New Century Distributors Group, LLC** **22-A Cragwood Road** **Avenel, NJ 07001** | - | | | | | | 6,207.87 |
| Account No. | | | | | | | |
| **New Computers IT, LLC** **499 7th Avenue, 19th Floor** **South Tower** **New York, NY 10018** | - | | | | | | 5,960.80 |
| Account No. | | | | | | | |
| **New Energy Works** **1180 Commerical Drive** **Farmington, NY 14425** | - | | | | | | 13,002.50 |
| Account No. | | | | | | | |
| **New Jersey American Water** **Box 371476** **Pittsburgh, PA 15250-7476** | - | | | | | | 452.78 |
| Account No. | | | Loan | | | | |
| **Nicola DeGirolamo** **2333 South Branch Road** **Neshanic Station, NJ 08853** | - | | | | | | 200,000.00 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

225,623.95

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **VP Builders Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NJ Regional Council of Carpenters and the NJ Carpenters Funds Raritan Plaza II Edison, NJ 08818** | - | | | | | | 86,324.26 |
| Account No. **x8048** <br><br> **NY Council of Carpenters Welfare Fund and United Brotherhood Carpenters Fund 395 Hudson Street New York, NY 10014** | - | | 1/21/10 Payment Plan Agreement- Funds Claims for Member Benefits | | | | 235,000.00 |
| Account No. <br><br> **NYI Building Products Inc. 160 Longbeach Road Island Park, NY 11558** | - | | | | | | 5,683.64 |
| Account No. <br><br> **Outwater Hardware Co. 132 Beaver Brook Road Lincoln Park, NJ 07035** | - | | | | | | 20,269.20 |
| Account No. <br><br> **PABST 676 Pennsylvania Avenue Elizabeth, NJ 07201** | - | | | | | | 21,215.61 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

368,492.71

B6F (Official Form 6F) (12/07) - Cont.

In re   **VP Builders Inc.**                                                                ,          Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6611** | | | Line of Credit | | | | |
| **PNC Bank** **P.O. Box 747032** **Pittsburgh, PA 15274-7032** | X | - | | | | | 46,135.14 |
| Account No. | | | | | | | |
| **Precision Saw & Tool** **56 Colfax Avenue** **Clifton, NJ 07013** | | - | | | | | 6,152.92 |
| Account No. | | | | | | | |
| **PSE&G** **P.O. Box 14106** **New Brunswick, NJ 08906-4106** | | - | | | | | 2,707.20 |
| Account No. | | | | | | | |
| **Quickly Printing** **1965 Morris Avenue** **Union, NJ 07083** | | - | | | | | 117.70 |
| Account No. | | | | | | | |
| **R.S. Knapp Co., Inc.** **P.O. Box 234** **Lyndhurst, NJ 07071** | | - | | | | | 7,304.85 |

Sheet no. __11__ of __16__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)          62,417.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **VP Builders Inc.**                                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. <br><br>**Real Metropolitan Hardware** <br>**1028 Dahill Road** <br>**Brooklyn, NY 11204** | - | | | | | | 6,207.21 |
| Account No. <br><br>**Receivable Management Corporation** <br>**P.O. Box 2471** <br>**Woburn, MA 01888** | - | | For Informational Purposes Only- Collection Agency for WE Getty Fleet Fueling | | | | 5,817.74 |
| Account No. <br><br>**Reisen-Seidel Metropolitan Hardware** <br>**251 Monroe Avenue** <br>**P.O. Box 340** <br>**Kenilworth, NJ 07033-0340** | - | | | | | | 27,255.74 |
| Account No. <br><br>**Richard Tuccillo, Grievance Comm Chair** <br>**United Brotherhood of Carpenters/Joiners** <br>**NY City District Council of Carpenters** <br>**395 Hudson Street** <br>**New York, NY 10014** | - | | For Informational Purposes Only | | | | 0.00 |
| Account No. **xxxxxxx39-FR** <br><br>**RMS** <br>**4836 Brecksville Road** <br>**P.O. Box 509** <br>**Richfield, OH 44286** | - | | For Informational Purposes Only- Collection Agency for Lamin-Art, Inc. | | | | 0.00 |

Sheet no. _**12**_ of _**16**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,280.69**

B6F (Official Form 6F) (12/07) - Cont.

In re  **VP Builders Inc.**                                                                ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Roland & Roland Inc.** P.O. Box 20344 Lehigh Valley, PA 18002-0344 | - | | | | | | 25,402.66 |
| Account No. **xxxxxx5230** **Rugby Industrial Products Distribution** P.O. Box 52664 Phoenix, AZ 85072-2664 | - | | Material/Supplies | | | | 16,674.08 |
| Account No. **Russell P. Goldman, Esq.** 121 Highway 36, Suite 130 West Long Branch, NJ 07764-9754 | - | | For Informational Purposes Only- Attorneys fro Reisen-Seidel Hardwood Co. | | | | 0.00 |
| Account No. **Russell Plywood, Inc., DE** 401 Old Wyomissing Road Reading, PA 19611 | - | | | | | | 7,048.91 |
| Account No. **Serve Design PVT Ltd.** Plot No. 1194 Rd No: 59 Jubilee Hills Hyderbad 50033 Andhra Pradesh, India | - | | | | | | 13,716.00 |

Sheet no. _**13**_ of _**16**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,841.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **VP Builders Inc.**                                                      ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Sharpe-Rite Tool** **1227 Bound Brook Road** **Middlesex, NJ 08846** | | | | | | | **2,029.11** |
| Account No. | | - | Building Material/Supplies | | | | |
| **Stanley Supply & Tool** **42-42 111th Street** **Long Island City, NY 11101** | | | | | | | **1,004.73** |
| Account No. | | - | For Information Purposes Only | | | | |
| **Steve Schaefer, Collection Rep** **NJ Regional Council of Carpenters** **Raritan Plaza II** **91 Fieldcrest Avenue** **Edison, NJ 08837** | | | | | | | **0.00** |
| Account No. | | - | | | | | |
| **Synergy Gas** **4700 South Clinton Avenue** **South Plainfield, NJ 07080** | | | | | | | **215.93** |
| Account No. | | - | | | | | |
| **Tele-Solutions Inc.** **1767 Route 22 West** **Union, NJ 07083** | | | | | | | **898.80** |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,148.57**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **VP Builders Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Door Stop, LLC**<br>**109 Kero Road**<br>**Carlstadt, NJ 07072** | - | | | | | | 45,222.62 |
| Account No. **xxxxx-xxxxxx0098**<br><br>**Transworld Systems**<br>**P.O. Box 1864**<br>**Santa Rosa, CA 95402** | - | | For Informational Purposes Only- Collection Agency for Security Products | | | | 231.80 |
| Account No.<br><br>**Triad Security Systems**<br>**971 Lehigh Avenue**<br>**Union, NJ 07083-0748** | - | | | | | | 230.32 |
| Account No. **xx4917**<br><br>**Uline**<br>**2200 S. Lakeside Drive**<br>**Waukegan, IL 60085** | - | | 12/4/09<br>Supplies/Material | | | | 3,047.09 |
| Account No.<br><br>**United Commerical Collections**<br>**4455 Genesee Street**<br>**Buffalo, NY 14225** | - | | For Informational Purposes Only- Collection Agency for Fessenden Hall Inc. | | | | 0.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,731.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **VP Builders Inc.**                                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| USA Wood Door, Inc. 1475 Imperial Way P.O. Box 116 Thorofare, NJ 08086-0116 | - | | | | | | | 7,626.00 |
| Account No. x7469 | | | | For Informational Purposes Only- Collection Agency for PABST Enterprise/Equipment Co. | | | | |
| Valer Enterprises, Inc. 1170 Lincoln Avenue PO Box 119 Holbrook, NY 11741-0119 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Veneer One 3415 Hampton Road Oceanside, NY 11572 | - | | | | | | | 115,514.66 |
| Account No. | | | | | | | | |
| Verizon Wireless P.O. Box 408 Trenton, NJ 08650-4833 | - | | | | | | | 1,308.16 |
| Account No. | | | | | | | | |
| WB Mason Company, Inc. P.O. Box 55840 Boston, MA 02205-5840 | - | | | | | | | 1,960.28 |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **126,409.10**

Total
(Report on Summary of Schedules)        **1,909,218.07**

B6G (Official Form 6G) (12/07)

In re    **VP Builders Inc.**                                                    ,          Case No. _____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **2470 Plainfield Avenue LLC**<br>**c/o Timothy P. McKeown, Esq.**<br>**Norris, McLaughlin & Marcus, P.A.**<br>**P.O. Box 5933**<br>**Bridgewater, NJ 08807** | **Leased Premises located at 2470 Plainfield**<br>**Avenue, Scotch Plains, NJ** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **VP Builders Inc.**                                                                              ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059** | **NY Counsel of Carpenters Welfare Fund**<br>**and United Brotherhood Carpenters Fund**<br>**395 Hudson Street**<br>**New York, NY 10014** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059** | **Peapack-Gladstone Bank**<br>**P.O. Box 178**<br>**Gladstone, NJ 07934** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059** | **Peapack Gladstone Bank**<br>**PO Box 178**<br>**Gladstone, NJ 07934** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059** | **PNC Bank**<br>**P.O. Box 747032**<br>**Pittsburgh, PA 15274-7032** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059** | **2470 Plainfield Avenue LLC**<br>**c/o Timothy P. McKeown, Esq.**<br>**Norris, McLaughlin & Marcus, P.A.**<br>**P.O. Box 5933**<br>**Bridgewater, NJ 08807** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **VP Builders Inc.**

                              Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **29** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June  3, 2010**                    Signature    **/s/ Kevin Prus**

                                                           **Kevin Prus**

                                                           **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of New Jersey

In re __VP Builders Inc.__                                    Case No. _____

                                        Debtor(s)              Chapter   __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,501,407.00** | **2008** |
| **$0.00** | **2009** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                             SOURCE

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Rider Attached | | $0.00 | $0.00 |

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Joseph Caccioppoli v. VP Builders Inc. DJ 30824-10** | | **Superior Court Clerk** | **Judgment entered on 2/2/10** |
| **New Jersey Regional Council of carpenters and The New Jersey Carpenters Funds and the Trustees Thereof v. VP Builders, Inc.** | **Arbitration** | | **Consent Arbitration Award and Order- 1/31/10** |
| **2470 Plainfield Avenue LLC v. VP Builders, Inc. LT-2681-10** | **Eviction Proceeding** | **Superior Court of NJ- Law Division Special Civil Part- Union County** | **Pending** |
| **The Door Stop, LLC v. VP Builders Inc. UNN-L-1671-10** | **Collection** | **Superior Court of New Jersey- Law Division - Union County** | **Pending** |

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **2470 Plainfield Avenue, LLC v. VP Builders, Inc., and Kevin Prus SOM-L-000874-10** | **Breach of Contract** | **Superior Court of New Jersey, Law Division- Somerset County** | **Pending** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Becker Meisel LLC**<br>**354 Eisenhower Parkway**<br>**Suite 1500**<br>**Livingston, NJ 07039** | **4/21/10** | **$7,500.00** |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None  ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None  ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None  ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None  ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None  ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18 . Nature, location and name of business

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None
☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **C. Sam Vassallo, Jr.** | |
| **2009 Morris Avenue** | |
| **Suite 103** | |
| **Union, NJ 07083** | |

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059** | **President** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **1/11/09** | **$5,000.00** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **1/6/09** | **$2,500.00** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **1/22/09** | **$3,500.00** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **2/6/09** | **$4,263.17** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **2/11/09** | **$2,500.00** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **2/1/10** | **$128.00** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **2/5/10 Salary** | **$2,688.63** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **2/8/10** | **$984.00** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **2/16/10** | **$2,688.63** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **3/3/10** | **$2,688.63** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **3/3/10** | **$682.99** |
| **Kevin Prus** **121 Mountain Avenue** **Warren, NJ 07059** **President** | **3/17/10  Salary** | **$2,688.63** |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **3/23/10  Salary** | **$2,712.67** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **2/14/09** | **$1.500.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **3/7/09** | **$30,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **3/21/09** | **$1,727.59** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **4/2/09** | **$1,311.13** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **4/13/09** | **$8,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **4/24/09** | **$1,500.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **5/1/09** | **$1,500.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **5/8/09** | **$9,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **5/19/09** | **$5,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **6/12/09** | **$5,288.54** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **6/26/09** | **$5,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>   **President** | **7/2/09** | **$5,670.77** |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **7/7/09** | **$1,800.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **7/15/09** | **$2,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **7/29/09** | **$460.82** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **7/29/09** | **$2,562.29** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **8/8/09** | **$6,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **8/14/09** | **$6,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **8/15/09** | **$6,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **8/29/09** | **$1,085.52** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **9/4/09** | **$17,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **9/11/09** | **$1,200.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **10/15/09** | **$3,200.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **10/23/09** | **$1,200.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>**President** | **10/23/09** | **$2,505.00** |

11

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>    **President** | **11/6/09** | **$2,300.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>    **President** | **11/14/09** | **$6,300.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>    **President** | **1/16/10** | **$1,400.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>    **President** | **2/5/10** | **$984.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>    **President** | **3/1/10** | **$682.99** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>    **President** | **3/9/10** | **$3,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>    **President** | **4/22/10** | **$7,000.00** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>    **President** | **4/55/10** | **$2,730.43** |
| **Kevin Prus**<br>**121 Mountain Avenue**<br>**Warren, NJ 07059**<br>    **President** | **4/5/10** | **$2,730.43** |
| **Nicola DeGirolamo**<br>**2333 South Branch Road**<br>**Neshanic Station, NJ 08853** | **2/1/10 - Interest Payment** | **$692.00** |
| **Nicola DeGirolamo**<br>**2333 South Branch Road**<br>**Neshanic Station, NJ 08853** | **2/2/10- Interest Payment** | **$692.00** |
| **Nicola DeGirolamo**<br>**2333 Southbranch Road**<br>**Neshanic Station, NJ 08853** | **2/16/10- Interest Payment** | **$692.00** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June  3, 2010**                          Signature    **/s/ Kevin Prus**
                                                                **Kevin Prus**
                                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| **Victor M. Antunes**<br>**168 Elm Street**<br>**Elizabeth, NJ 07206**<br>employee wages | 3/8/2010 | 1,278.42 | |
| | | | **1,278.42** |
| **Shailesh Shah**<br>**35 Pinoak Drive**<br>**North Brunswick, NJ 08902**<br>employee wages | 3/11/2010 | 1,122.28 | |
| | | | **1,122.28** |
| **Mercedes Benz Corp.**<br>**P.O. Box 8001921**<br>**Louisville, KY 40290-1680** | 3/24/2010 | 993.38 | |
| | | | **993.38** |
| **NorGUARD Insurance Co.**<br>**P.O. Box A-H**<br>**Wilkes-Barre, PA 18703** | 3/1/2010 | 2,247.82 | |
| | | | **2,247.82** |
| **Industrial Finishing Products Inc.**<br>**465 Logan Street**<br>**Brooklyn, NY 11208** | 3/3/2010 | 2,711.38 | |
| | | | **2,711.38** |
| **Elizabethtown Gas**<br>**P.O. Box 11811**<br>**Newark, NJ 07101** | 3/24/2010 | 2,726.40 | |
| | | | **2,726.40** |
| **Gianpiero Resina**<br>**27 Scarlet Drive**<br>**Parlin, NJ 08859**<br>employee wages | 3/3/2010 | 1,052.28 | |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| employee wages | 3/3/2010 | 1,596.58 | |
| employee wages | 3/8/2010 | 1,052.29 | |
| | | | **3,701.15** |
| | | | |
| **Darrin Kleinstein** | | | |
| **56 Ottowa Road** | | | |
| **Marlboro, NJ 07746** | | | |
| employee wages | 3/9/2010 | 1,206.00 | |
| employee wages | 3/9/2010 | 254.00 | |
| employee wages | 3/17/2010 | 1,206.00 | |
| | | | **2,666.00** |
| **PNC Bank** | | | |
| **P.O. Box 747032** | | | |
| **Pittsburgh, PA 15274-7032** | | | |
| | 3/23/2010 | 1,000.00 | |
| | 4/26/2010 | 1,000.00 | |
| | | | **2,000.00** |
| **Vito Orlando** | | | |
| **516 Lefferts Street** | | | |
| **South Amboy, NJ 08879** | | | |
| employee wages | 3/3/2010 | 1,612.86 | |
| employee wages | 3/8/2010 | 924.58 | |
| employee wages | 3/16/2010 | 1,096.62 | |
| employee wages | 3/22/2010 | 1,096.62 | |
| | | | **3,117.82** |
| **Scotch Plains Holdings LLC** | | | |
| **2470 Plainfield Avenue** | | | |
| **Scotch Plains, NJ 07075** | | | |
| rent | 3/23/2010 | 12,000.00 | |
| | | | **12,000.00** |
| **NJ Family Support Payment Center** | | | |
| **P.O. Box 4880** | | | |
| **Trenton, NJ 08650** | | | |
| Payment of Behalf of Eric A. Lagiudico | 3/4/2010 | 100.00 | |
| Payment of Behalf of Eric A. Lagiudico | 3/4/2010 | 121.00 | |
| Payment of Behalf of Eric A. Lagiudico | 3/4/2010 | 160.00 | |
| Payment of Behalf of Eric A. Lagiudico | 3/9/2010 | 100.00 | |
| Payment of Behalf of Eric A. Lagiudico | 3/9/2010 | 121.00 | |
| Payment of Behalf of Eric A. Lagiudico | 3/16/2010 | 160.00 | |
| Payment of Behalf of Eric A. Lagiudico | 3/23/2010 | 160.00 | |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| | | | **922.00** |
| | | | |
| **Daniel Tacuri** | | | |
| **539 W. 162 Street, Apt. #2A** | | | |
| **New York, NY 10032** | | | |
| employee wages | 3/4/2010 | 1,532.27 | |
| employee wages | 3/10/2010 | 1,085.15 | |
| | | | |
| | | | **2,617.42** |
| | | | |
| **Roberto C. Vallejo** | | | |
| **120 Hillside Avenue, Apt. 15** | | | |
| **Hillside, NJ 07205** | | | |
| employee wages | 3/8/2010 | 383.65 | |
| | | | |
| | | | **383.65** |
| | | | |
| **Jose I. Vintimillo** | | | |
| **76 Lang Street** | | | |
| **Newark, NJ 07105** | | | |
| employee wages | 3/8/2010 | 607.77 | |
| | | | |
| | | | **607.77** |
| | | | |
| **Edgar Yucro** | | | |
| **201 Bloomfield Avenue** | | | |
| **Iselin, NJ 08830** | | | |
| employee wages | 3/8/2010 | 1,181.93 | |
| employee wages | 3/8/2010 | 1,379.42 | |
| employee wages | 3/16/2010 | 1,181.90 | |
| | | | |
| | | | **3,743.25** |
| | | | |
| **Jorge L. Espinosa** | | | |
| **459 Mountain Top Court Lake** | | | |
| **Hopatcong, NJ 07849** | | | |
| employee wages | 3/3/2010 | 1,277.81 | |
| employee wages | 3/8/2010 | 1,277.81 | |
| employee wages | 3/16/2010 | 500.00 | |
| | | | |
| | | | **3,055.62** |
| | | | |
| **Kimberly A. Mazzeo** | | | |
| **1516 North Indian Place** | | | |
| **North Brunswick, NJ 08902** | | | |
| employee wages | 3/2/2010 | 424.60 | |
| employee wages | 3/8/2010 | 424.60 | |
| employee wages | 3/21/2010 | 500.00 | |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| | | | 1,349.20 |
| | | | |
| **Doris Serna** | | | |
| **1027 Sheridan Avenue, Apt. D** | | | |
| **Elizabeth, NJ 07203** | | | |
| employee wages | 3/4/2010 | 555.00 | |
| employee wages | 3/11/2010 | 451.59 | |
| | | | |
| | | | 1,006.59 |
| | | | |
| **Gianpiero Resina** | | | |
| **27 Scarlet Drive** | | | |
| **Parlin, NJ 08859** | | | |
| employee wages | 3/8/2010 | 1,052.29 | |
| employee wages | 3/8/2010 | 314.05 | |
| | | | |
| | | | 1,366.34 |
| | | | |
| **Holger Santiak** | | | |
| **407 Lafayette Street, Apt. 1** | | | |
| **Newark, NJ 07105** | | | |
| employee wages | 3/2/2010 | 688.56 | |
| employee wages | 3/8/2010 | 336.39 | |
| employee wages | 3/8/2010 | 544.75 | |
| | | | |
| | | | 1,569.70 |
| | | | |
| **Alejandro Vintimillo** | | | |
| **267 Elm Street** | | | |
| **Newark, NJ 07105** | | | |
| employee wages | 3/8/2010 | 893.35 | |
| | | | |
| | | | 893.35 |
| | | | |
| **Verizon** | | | |
| **P.O. Box 4833** | | | |
| **Trenton, NJ 08650-4833** | | | |
| | 3/25/2010 | 387.82 | |
| | 3/25/2010 | 766.94 | |
| | | | |
| | | | 1,154.76 |
| | | | |
| **Ford Credit** | | | |
| **P.O. Box 220554** | | | |
| **Pittsburgh, PA 15257-2564** | | | |
| | 3/16/2010 | 513.98 | |
| | | | |
| | | | 513.98 |
| | | | |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| **Comcast** | | | |
| **P.O. Box 69** | | | |
| **Newark, NJ 07101-0069** | | | |
| | 3/19/2010 | 68.36 | |
| | | | **68.36** |
| | | | |
| **Carmine Perrotti** | | | |
| **511 West End Avenue** | | | |
| **Elizabeth, NJ 07202** | | | |
| employee wages | 3/9/2010 | 845.08 | |
| employee wages | 3/22/2010 | 845.08 | |
| | | | **1,690.16** |
| | | | |
| **Addyn F. Palacios** | | | |
| **827 Summer Street** | | | |
| **Elizabeth, NJ 07202** | | | |
| employee wages | 3/3/2010 | 851.09 | |
| employee wages | 3/8/2010 | 545.05 | |
| | | | **1,396.14** |
| | | | |
| **Carols M. Trancho** | | | |
| **17 Van Buren Street** | | | |
| **Newark, NJ 07105** | | | |
| employee wages | 3/8/2010 | 249.69 | |
| | | | **249.69** |
| | | | |
| **Gustavo A. Gomez** | | | |
| **530 Dietz Street** | | | |
| **Roselle, NJ 07203** | | | |
| employee wages | 3/3/2010 | 1,441.52 | |
| employee wages | 3/8/2010 | 960.30 | |
| employee wages | 3/16/2010 | 1,088.47 | |
| | | | **3,490.29** |
| | | | |
| **Robert A. Nowak** | | | |
| **22 Edgewood Avenue** | | | |
| **Colonia, NJ 07067** | | | |
| employee wages | 3/3/2010 | 1,116.81 | |
| employee wages | 3/11/2010 | 662.26 | |
| | | | **1,779.07** |
| | | | |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| **Joseph P. Nagle** | | | |
| **99 Central Avenue** | | | |
| **Deer Park, NY 11729** | | | |
| employee wages | 3/5/2010 | 1,152.69 | |
| employee wages | 3/9/2010 | 1,152.69 | |
| | | | **2,305.38** |
| **Orlando R. Lopez** | | | |
| **411 Mountain Avenue** | | | |
| **Springfield, NJ 07081** | | | |
| employee wages | 3/8/2010 | 1,063.39 | |
| | | | **1,063.39** |
| **Hunter Hubert** | | | |
| **5423 Church Avenue -2nd Floor** | | | |
| **Brooklyn, NY 11203** | | | |
| employee wages | 3/3/2010 | 1,379.94 | |
| employee wages | 3/8/2010 | 542.56 | |
| employee wages | 3/8/2010 | 1,247.02 | |
| | | | **3,169.52** |
| **Jorge J. Jimenez** | | | |
| **1012 McCandiess Street** | | | |
| **Linden, NJ 07036** | | | |
| employee wages | 3/2/2010 | 982.42 | |
| employee wages | 3/10/2010 | 607.79 | |
| | | | **1,590.21** |
| **Wilfredo Pacheco** | | | |
| **2046 Barneet Street** | | | |
| **Rahway, NJ 07065** | | | |
| employee wages | 3/3/2010 | 960.31 | |
| | | | **960.31** |
| **Carlos Leon** | | | |
| **26-16 Health Avenue, Apt. #3B** | | | |
| **Bronx, NY 10463** | | | |
| employee wages | 3/8/2010 | 1,054.83 | |
| | | | **1,054.83** |
| **Antonio P. Fontainhas** | | | |
| **329 Walnut Street** | | | |
| **Newark, NJ 07105** | | | |
| employee wages | 3/2/2010 | 1,327.30 | |
| employee wages | 3/15/2010 | 1,327.30 | |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| employee wages | 3/22/2010 | 1,327.30 | |
| employee wages | 3/29/2010 | 1,327.30 | |
| employee wages | 4/6/2010 | 1,327.30 | |
| employee wages | 4/19/2010 | 4,000.00 | |
| | | | **10,636.50** |
| **Fernando Felgueiras** | | | |
| **1065 Salem Road** | | | |
| **Union, NJ 07083** | | | |
| employee wages | 3/3/2010 | 1,212.40 | |
| employee wages | 3/9/2010 | 739.52 | |
| | | | **1,951.92** |
| **Jose Chunchi** | | | |
| **P.O. Box 196** | | | |
| **Bronx, NY 10463** | | | |
| employee wages | 3/4/2010 | 1,801.40 | |
| employee wages | 3/10/2010 | 1,299.13 | |
| employee wages | 3/25/2010 | 572.62 | |
| employee wages | | | |
| | | | **3,673.15** |
| **Luciano Caixinho** | | | |
| **333 Walnut Street** | | | |
| **Newark, NJ 07105** | | | |
| employee wages | 3/2/2010 | 879.35 | |
| employee wages | 3/10/2010 | 416.43 | |
| | | | **1,295.78** |
| **Luis E. Caffree** | | | |
| **141 Bellevue Street, 2nd Fl.** | | | |
| **Elizabeth, NJ 07202** | | | |
| employee wages | 3/3/2010 | 1,650.92 | |
| employee wages | 3/15/2010 | 1,201.39 | |
| employee wages | 3/23/2010 | 466.42 | |
| | | | **3,318.73** |
| **Rosa V. Prus** | | | |
| **121 Mountain Avenue** | | | |
| **Warren, NJ 07059** | | | |
| employee wages | 3/8/2010 | 432.30 | |
| employee wages | 3/10/2010 | 432.30 | |
| | | | **864.60** |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| **Jose M. Botelho** | | | |
| **71 Monroe Street, Apt. 2** | | | |
| **Newark, NJ 07105** | | | |
| employee wages | 3/2/2010 | 1,103.88 | |
| employee wages | 3/22/2010 | 753.42 | |
| employee wages | 3/29/2010 | 827.71 | |
| employee wages | 4/5/2010 | 827.71 | |
| employee wages | 4/16/2010 | 1,000.00 | |
| employee wages | 4/19/2010 | 1,500.00 | |
| | | | **6,012.72** |
| **Raul F. Barragon** | | | |
| **32-49 85th Street, Apt. 2** | | | |
| **East Elmhurst, NY 11370** | | | |
| employee wages | 3/11/2010 | 436.35 | |
| | | | **436.35** |
| **Victor M. Antunes** | | | |
| **168 Elm Street** | | | |
| **Elizabeth, NJ 07206** | | | |
| employee wages | 3/8/2010 | 764.33 | |
| employee wages | 3/8/2010 | 1,278.42 | |
| | | | **2,042.75** |
| **Luis Carlos M. Amancio** | | | |
| **2560 U.S. Highway 22, Apt. 162** | | | |
| **Scotch Plains, NJ 07076** | | | |
| employee wages | 3/3/2010 | 912.47 | |
| employee wages | 3/8/2010 | 627.92 | |
| | | | **1,540.39** |
| **Robert Cwiek** | | | |
| **2100 Cropsey Avenue , Apt. 2G** | | | |
| **Brooklyn, NY 11214** | | | |
| employee wages | 3/8/2010 | 931.55 | |
| | | | **931.55** |
| **PSE & G** | | | |
| **P.O. Box 14106** | | | |
| **New Brunswick, NJ 08905-4106** | | | |
| | 3/23/2010 | 2,672.12 | |
| | | | **2,672.12** |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| **Richard Dunne** | | | |
| **14 Erin Drive** | | | |
| **New Fairfield, CT 06812** | | | |
| employee wages | 3/8/2010 | 788.84 | |
| employee wages | 3/26/2010 | 525.05 | |
| employee wages | 5/25/2010 | 278.93 | |
| | | | **1,592.82** |
| **Daniel D'Elia** | | | |
| **5 Blueberry Lane** | | | |
| **Staten Island, NY 10312** | | | |
| employee wages | 3/4/2010 | 1,095.50 | |
| employee wages | 3/11/2010 | 279.70 | |
| | | | **1,375.20** |
| **Ronald P. Cornell, Jr.** | | | |
| **11 Sandy Lane** | | | |
| **Selden, NY 11784** | | | |
| employee wages | 3/4/2010 | 718.61 | |
| employee wages | 3/10/2010 | 80.86 | |
| | | | **799.47** |
| **Robert M. Bennett** | | | |
| **7232 Bergen Court** | | | |
| **Brooklyn, NY 11234** | | | |
| employee wages | 3/10/2010 | 525.65 | |
| employee wages | 3/11/2010 | 525.05 | |
| | | | **1,050.70** |
| **Mervin C. Bobb** | | | |
| **10317 Seaview Avenue** | | | |
| **Brooklyn, NY 11236** | | | |
| employee wages | 3/18/2010 | 280.09 | |
| | | | **280.09** |
| **Simon Bennett** | **674** | | |
| **Emprie Blvd. 198** | | | |
| **Brooklyn, NY 11213** | | | |
| employee wages | 3/3/2010 | 706.43 | |
| employee wages | 3/8/2010 | 472.96 | |
| employee wages | 3/8/2010 | 1,034.56 | |
| | | | **2,213.95** |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| **Dennis B. Sheehan** | | | |
| **119 Seymour Avenue** | | | |
| **Freeport, NY 11520** | | | |
| employee wages | 3/4/2010 | 777.84 | |
| | | | **777.84** |
| | | | |
| **Denovan Scorlette** | | | |
| **1658 East 92 St.** | | | |
| **Brooklyn, NY 11236** | | | |
| employee wages | 3/8/2010 | 407.84 | |
| | | | **407.84** |
| | | | |
| **John LaFemina** | | | |
| **168 B Figureo Avenue** | | | |
| **Staten Island, NY 10312** | | | |
| employee wages | 3/2/2010 | 983.22 | |
| | | | **983.22** |
| | | | |
| **Scotch Plains Gulf** | | | |
| **2650 Rt. 22 & Mountain Avenue** | | | |
| **ScotchPlains, NJ 07076** | 3/4/2010 | 647.12 | |
| | 3/4/2010 | 241.50 | |
| | 4/21/2010 | 888.00 | |
| | | | **1,776.62** |
| | | | |
| **Canon Financial** | | | |
| **1494 Collections Center Drive** | | | |
| **Chicago, IL 60680** | | | |
| | 3/24/2010 | 485.84 | |
| | | | **485.84** |
| | | | |
| **New Computers IT, LLC** | 499 | | |
| **7th Avenue, 19th Floor** | | | |
| **South Tower** | | | |
| **New York, NY 10018** | | | |
| | 3/4/2010 | 241.50 | |
| | 3/4/2010 | 647.12 | |
| | 3/10/2010 | 2,107.00 | |
| | | | **2,995.62** |

Statement of Financial Affairs - Exhibit 3a
VP Builders, Inc.

| Creditor | Date of Payment | Amount Paid | Total to Creditor |
|---|---|---|---|
| **Peapack-Gladstone Bank** | | | |
| **P.O. Box 178** | | | |
| **Gladstone, NJ 07934** | | | |
| | 3/5/2010 | 8,281.53 | |
| | 3/23/2010 | 2,231.11 | |
| | 4/12/2010 | 8,281.53 | |
| Fees Paid to Becker Meisel LLC | 4/16/2010 | 7,500.00 | |
| | | | **26,294.17** |
| **C. Sam Vassallo Jr., PC** | | | |
| **2009 Morris Avenue** | | | |
| **Union, NJ 07083** | | | |
| | 3/16/2010 | 5,000.00 | |
| | | | **5,000.00** |
| **Absolute Woodworking Inst. Inc.** | | | |
| | 3/11/2010 | 4,705.00 | |
| | | | **4,705.00** |
| **Balk & Guddes & Cristrelli PA** | | | |
| **2013 Morris Avenue** | | | |
| **Union, NJ 07083** | | | |
| | 3/12/2010 | 1,691.44 | |
| | | | **1,691.44** |
| **Fed Ex** | | | |
| **P.O. Box 371461** | | | |
| **Pittsburgh, PA 15250-7461** | | | |
| | 3/23/2010 | 69.65 | |
| | | | **69.65** |
| **Universal Design Products Inc.** | | | |
| **219-2788 Bathhurst Street** | | | |
| **Toronto, ON M6B 3A3** | | | |
| | 3/31/2010 | 4,650.00 | |
| | | | **4,650.00** |
| **Grand Total** | | | **165,091.66** |

# United States Bankruptcy Court
### District of New Jersey

In re  **VP Builders Inc.**                                                    Case No.

                                                    Debtor(s)                Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $          **7,500.00** |
| Prior to the filing of this statement I have received | $          **7,500.00** |
| Balance Due | $          **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the Debtor beyond the 341(a) meeting, representation in any non-dischargeability proceedings and/or other Adversary proceedings, representation regarding any subpoenas or document requests.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June  3, 2010**                              **/s/ Ben Becker**
                                                 **Ben Becker**
                                                 **Becker Meisel LLC**
                                                 **354 Eisenhower Parkway, Plaza II**
                                                 **Suite 1500**
                                                 **Livingston, NJ 07039**
                                                 **973-422-1100  Fax: 973-422-9122**

---

# United States Bankruptcy Court
## District of New Jersey

In re    **VP Builders Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June  3, 2010**

**/s/ Kevin Prus**

**Kevin Prus**/**President**
Signer/Title

2470 Plainfield Avenue LLC
c/o Timothy P. McKeown, Esq.
Norris, McLaughlin & Marcus, P.A.
P.O. Box 5933
Bridgewater, NJ 08807


ACC Construction
6 East 32nd Street
7th Floor
New York, NY 10016


All Star Demolition Corp.
60-13 56 Street
Maspeth, NY 11378


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Architectural Grille
42 Second Avenue
Brooklyn, NY 11215


Associated Credit Services, Inc.
105B South Street
P.O. Box 9100
Hopkinton, MA 01748-9100


Atlantic Plywood Corporation
P.O. Box 83291
Woburn, MA 01801


Barnett Tool Supply Co.
745 Bouelvard
Kenilworth, NJ 07033


BKT Sons, Inc.
210 West Parkway
Unit #3
Pompton Plains, NJ 07444


Building Contractors Association N.Y.
451 Park Avenue SOuth
4th Floor
New York, NY 10016

Bush Bros Trucking
P.O. Box 4
Garwood, NJ 07027


Canon Financial Services Inc.
14904 Collections Center Drive
Chicago, IL 60693


Central Forklift
415 Bell Street
Piscataway, NJ 08854


Centre-Wood Paneling Co.
P.O. Box 49
65-55 Traffic Street
Ridgewood, NY 11385


Comcast
P.O. Box 69
Newark, NJ 07101-0069


Compax Timberline
P.O. Box 931717
Atlanta, GA 31193


Darf Manufacturing
5 Mathews Avenue
Riverdale, NJ 07457


Decore-Ative Specialties
P.O. Box 541071
Los Angeles, CA 90054-1071


Deer Park
P.O. Box 856192
Louisville, KY 40285-6192


Du-Well
1360 Garrison Avenue
Bronx, NY 10474


Enkleboll Designs
16506 Avalon Blvd.
Carson, CA 90746

F.W. Honerkamp Co., Inc.
500 Oakpoint Avenue
Bronx, NY 10474


Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250-7461


Fessenden Hall Incorporated
1050 Sherman Avenue
Pennsauken, NJ 08110


Fleet Services
P.O. Box 6293
Carol Stream, IL 60197-6293


Hafele America Co.
P.O. Box 75352
Charlotte, NC 28275


Henry Chudzik, Jr., Esq.
Williamsburg Comons
3-G Auer Court
East Brunswick, NJ 08816


Huston Lumber & Supply Co.
P.O. Box 7367
Watchung, NJ 07069


ieDynamics
39 Cliffwood Drive
Allentown, NJ 08501


Industrial Finishing Products, Inc.
465 Logan Street
Brooklyn, NY 11208


Jason Friedman
NJ Regional Council of Carpenters
Raritan Plaza, II
91 Fieldcrest Avenue
Edison, NJ 08837

JMC Store Fixtures Corp.
1416 Chestnut Avenue
Hillside, NJ 07205


John F. O'Hare, Asst Managing Director
Building Contractors Association, Inc.
451 Park Avenue South-4th Floor
New York, NY 10016


Kevin Prus
121 Mountain Avenue
Warren, NJ 07059


Lamin-Art
LBX 619724
P.O. Box 6197
Chicago, IL 60680-6197


Levy Davis & Maher, LLP
29 Broadway, Ninth Floor
New York, NY 10006-3101


Lewis Lumber Products
30 South Main Street
Picture Rocks, PA 17762-0356


Luso Glass
58-76 Stockton Street
Newark, NJ 07105


Marjam Supply Comany
885 Conklin Street
Farmingdale, NY 11735


Metropolitan Staple Co.
11 Brown Avenue
Springfield, NJ 07081


Mockett
P.O. Box 3333
Manhattan Beach, CA 90266


Mohawk Finishing Products
P.O. Box 2200
Hickory, NC 28603-0220

N.Y.C. Department of Finance
Parking Violations
P.O. Box 2127
New York, NY 10272-2127


Nature's Beauty Marble & Granite
2476 Plainfield Avenue
Scotch Plains, NJ 07076


New Century Distributors Group, LLC
22-A Cragwood Road
Avenel, NJ 07001


New Computers IT, LLC
499 7th Avenue, 19th Floor
South Tower
New York, NY 10018


New Energy Works
1180 Commerical Drive
Farmington, NY 14425


New Jersey American Water
Box 371476
Pittsburgh, PA 15250-7476


Nicola DeGirolamo
2333 South Branch Road
Neshanic Station, NJ 08853


NJ Regional Council of Carpenters
and the NJ Carpenters Funds
Raritan Plaza II
Edison, NJ 08818


NY Council of Carpenters Welfare Fund
and United Brotherhood Carpenters Fund
395 Hudson Street
New York, NY 10014


NYI Building Products Inc.
160 Longbeach Road
Island Park, NY 11558

Outwater Hardware Co.
132 Beaver Brook Road
Lincoln Park, NJ 07035


PABST
676 Pennsylvania Avenue
Elizabeth, NJ 07201


Peapack Gladstone Bank
PO Box 178
Gladstone, NJ 07934


Peapack-Gladstone Bank
P.O. Box 178
Gladstone, NJ 07934


PNC Bank
P.O. Box 747032
Pittsburgh, PA 15274-7032


Precision Saw & Tool
56 Colfax Avenue
Clifton, NJ 07013


PSE&G
P.O. Box 14106
New Brunswick, NJ 08906-4106


Quickly Printing
1965 Morris Avenue
Union, NJ 07083


R.S. Knapp Co., Inc.
P.O. Box 234
Lyndhurst, NJ 07071


Real Metropolitan Hardware
1028 Dahill Road
Brooklyn, NY 11204


Receivable Management Corporation
P.O. Box 2471
Woburn, MA 01888

Reisen-Seidel Metropolitan Hardware
251 Monroe Avenue
P.O. Box 340
Kenilworth, NJ 07033-0340


Richard Tuccillo, Grievance Comm Chair
United Brotherhood of Carpenters/Joiners
NY City District Council of Carpenters
395 Hudson Street
New York, NY 10014


RMS
4836 Brecksville Road
P.O. Box 509
Richfield, OH 44286


Roland & Roland Inc.
P.O. Box 20344
Lehigh Valley, PA 18002-0344


Rugby Industrial Products Distribution
P.O. Box 52664
Phoenix, AZ 85072-2664


Russell P. Goldman, Esq.
121 Highway 36, Suite 130
West Long Branch, NJ 07764-9754


Russell Plywood, Inc., DE
401 Old Wyomissing Road
Reading, PA 19611


Serve Design PVT Ltd.
Plot No. 1194 Rd No: 59
Jubilee Hills Hyderbad 50033
Andhra Pradesh, India


Sharpe-Rite Tool
1227 Bound Brook Road
Middlesex, NJ 08846


Stanley Supply & Tool
42-42 111th Street
Long Island City, NY 11101

Stearns Bank, N.A.
500 13th Street
P.O. Box 750
Albany, MN 56307


Steve Schaefer, Collection Rep
NJ Regional Council of Carpenters
Raritan Plaza II
91 Fieldcrest Avenue
Edison, NJ 08837


Synergy Gas
4700 South Clinton Avenue
South Plainfield, NJ 07080


Tele-Solutions Inc.
1767 Route 22 West
Union, NJ 07083


The Door Stop, LLC
109 Kero Road
Carlstadt, NJ 07072


Transworld Systems
P.O. Box 1864
Santa Rosa, CA 95402


Triad Security Systems
971 Lehigh Avenue
Union, NJ 07083-0748


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


United Commerical Collections
4455 Genesee Street
Buffalo, NY 14225


USA Wood Door, Inc.
1475 Imperial Way
P.O. Box 116
Thorofare, NJ 08086-0116

Valer Enterprises, Inc.
1170 Lincoln Avenue
PO Box 119
Holbrook, NY 11741-0119


Veneer One
3415 Hampton Road
Oceanside, NY 11572


Verizon Wireless
P.O. Box 408
Trenton, NJ 08650-4833


WB Mason Company, Inc.
P.O. Box 55840
Boston, MA 02205-5840

# United States Bankruptcy Court
### District of New Jersey

In re  __VP Builders Inc._____    Case No. _____
                                    Debtor(s)          Chapter    __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __VP Builders Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June  3, 2010_____        __/s/ Ben Becker_____
Date                                     **Ben Becker**
                                         Signature of Attorney or Litigant
                                         Counsel for   __VP Builders Inc._____
                                         **Becker Meisel LLC**
                                         **354 Eisenhower Parkway, Plaza II**
                                         **Suite 1500**
                                         **Livingston, NJ 07039**
                                         **973-422-1100 Fax:973-422-9122**