# **RESOLUTION OF BOARD OF DIRECTORS**

## OF

## **VP BUILDERS, INC.**

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of the Bankruptcy Code; and

Be It Therefore Resolved, that Kevin Prus, Member of this corporation is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Kevin Prus, Member of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Kevin Prus, Member of this Corporation, is authorized and directed to employ the law firm of BECKER MEISEL LLC to represent the Corporation in such bankruptcy case.


Date: June 8, 2010                    Signed:  /s/ Kevin Prus
                                              KEVIN PRUS